# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation,<br>    Plaintiff<br><br>v.<br><br>WEISS ENTITIES LLC and MARC JACKSON,<br>    Defendants | Case Number: 1:25-cv-08243-CPK-JWA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Scottsdale Indemnity Company, hereby gives notice that it voluntarily dismisses this action against Weiss Entities LLC and Marc Jackson (collectively, "Defendants") without prejudice. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See*, Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 6, 2025

Respectfully submitted:

**SCOTTSDALE INDEMNITY COMPANY**

By: /s/ Nancy K. Tordai
One of its Attorneys

Nancy K. Tordai (ARDC # 6182953)
PETERS & NYE LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
Telephone: 847-423-3053
Facsimile: 847-381-1693
Email: nancytordai@petersnye.com